DISTRICT OF OREGON, ss:    AFFIDAVIT OF NATHAN FIELD

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Nathan Field, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am a Deportation Officer with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations, and have been employed since June 21, 2021.  My current assignment is to the Fugitive Operations Team in Medford, Oregon, where I am also designated as a TFO with the Homeland Security Investigations (HSI) Task Force.  I am responsible for conducting criminal and administrative investigations into violations of Federal Immigration Law and related statutes.  I have been employed by the Department of Homeland Security (DHS) for seven years, serving as both a Deportation Officer and a Customs and Border Protection Officer.  Prior to that I was employed as a Police Officer with the Department of the Navy since January 18, 2007.  I am a graduate of the U.S. Customs and Border Protection Officer Basic Training.  I have also completed training in Immigration and Customs Enforcement, Enforcement and Removal Operations Deportation Officer Training Program in Charleston, South Carolina.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for Rene Soame CHOTO-MENDEZ, ("CHOTO-MENDEZ"), also known as Soamy Rene CHATO-MENDEZ, for: Illegal Reentry in violation of Title 8, United States Code, Section 1326(a).  As set forth below, there is probable cause to believe, and I do believe, that Rene Soame CHOTO-MENDEZ committed the above listed offense.

## Applicable Law

3.  Title 8, United States Code, Section 1326(a) establishes a crime for "any alien who has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding" who "thereafter enters, attempts to enter, or is at any time found in, the United States, unless [ ] prior to his re-embarkation at a place outside the United States . . ., the Attorney General has expressly consented to such alien's reapplying for admission."

## Statement of Probable Cause

4.  Rene Soame CHOTO-MENDEZ is a forty-six year-old male (D.O.B. XX/XX/1979), native and citizen of Mexico, who last entered the United States illegally by crossing the international border on an unknown date, on or after October 19, 2012 at an unknown location, without first having obtained the consent of the Attorney General of the United States or the Secretary of Homeland Security.

5.  On September 24, 2025, CHOTO-MENDEZ was arrested by Immigration and Customs Enforcement in Grants Pass, Oregon.

6.  Electronic review of DHS File A 095 618 881 relating to CHOTO-MENDEZ revealed that CHOTO-MENDEZ is a citizen of Mexico and claimed to be citizen of Mexico to an officer or agent, authorized to determine such alienage, each time he was encountered by immigration officials. The file revealed that CHOTO-MENDEZ was formally removed on:

- On August 09, 2003 (Removed) Port of Entry San Ysidro, California (Immigration Judge Final Order).

- On January 09, 2009 (Removed) Port of Entry San Ysidro, California

(Reinstatement Final Order).

- On October 19, 2012 (Removed) Port of Entry Brownsville, Texas (Reinstatement Final Order).

CHOTO-MENDEZ's photograph, along with the right fingerprint are memorialized on the Form I-205.

7. On June 05, 2009, CHOTO-MENDEZ was convicted of illegal reentry in violation of Title 8, United States Code, Section 1326(a) in the United States District Court Southern District of California.

8. On September 24, 2025, Immigration and Customs Enforcement confirmed CHOTO-MENDEZ's identity using fingerprint data and CHOTO-MENDEZ's corresponding FBI number.

9. Electronic review of DHS File A 095 618 881 contains no document, paperwork, or other indication that CHOTO-MENDEZ ever sought, or was granted, the consent of the Attorney General or Secretary of Homeland Security to reapply for admission into the United States from a place outside the United States.

## Conclusion

10. Based on the foregoing, I have probable cause to believe, and I do believe, that Rene Soame CHOTO-MENDEZ illegally re-entered the United States following his removal, in violation of Title 8, United States Code, Section 1326(a). I therefore request that the Court issue a criminal complaint and arrest warrant for CHOTO-MENDEZ.

11. Prior to being submitted to the Court, this affidavit, the accompanying complaint, and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) John

Brassell. AUSA Brassell advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

s/ <i>Nathan Field by telephone</i><br>
NATHAN FIELD<br>
Deportation Officer<br>
Immigration and Customs Enforcement

Sworn to before me telephonically or by other reliable means pursuant to Fed. R. Crim. P. 4.1 at __1:15 p.m.__ on September 24, 2025.

<i>Amy E Potter</i><br>
HONORABLE AMY E. POTTER<br>
United States Magistrate Judge